**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) 2:10-mj-00766-RJJ |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **ORDER** |
| MICHAEL DRAGOS, | ) |
| | ) |
| Defendant. | ) |

Based upon this pending Stipulation of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the sentencing hearing currently set for March 15, 2011, at the hour of 1:30 p.m., is hereby vacated.

**DATED** this ___14th___ day of March 2011.

_____
UNITED STATES MAGISTRATE JUDGE